MILLER AUTO LEASING COMPANY, PLAINTIFF-RESPONDENT, v. MARTIN S. WEINSTEIN, INDIVIDUALLY AND TRADING AS LINCOLN HARDWARE & SUPPLY, JOINTLY, SEVERALLY OR IN THE ALTERNATIVE, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued April 2, 1984—Decided April 17, 1984.

Before Judges BISCHOFF, PETRELLA and BRODY.

---

*Robert E. Bennett,* argued the cause for appellant (*Mark R. Silber,* attorney; *Robert E. Bennett* on the brief).

*John A. Sweeney* argued the cause for respondent (*Dietz, Allen & Sweeney,* attorneys; *John A. Sweeney* on the brief).

PER CURIAM.

We affirm the judgment substantially for the reasons stated in the opinion of Judge Wells, reported at 189 *N.J.Super.* 543 (Law Div.1983).